IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50576
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL ALLEN GUNNELS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-98-CR-19-ALL
- - - - - - - - - -
December 31, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*


     Court-appointed counsel for Daniel Allen Gunnels has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Gunnels has not filed a response.  Our independent review of the
brief and record discloses no nonfrivolous issue.  Accordingly,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.